IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PATRICK KNOLES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Case No. 4:12-CV-68 |
| WELLS FARGO BANK, N.A. and | § | |
| GOVERNMENT NATIONAL | § | |
| MORTGAGE ASSOCIATION, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this court having heretofore referred the Plaintiff's motion for a temporary restraining order to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 8, 2012, the Report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the Plaintiff's motion for a temporary restraining order should be denied. The court has made a *de novo* review of the objections raised by the Plaintiff and is of the opinion that the Plaintiff's objections lack merit.[1] Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court. It is, therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the court. It is further

**ORDERED, ADJUDGED** and **DECREED** that the Plaintiff's motion for a temporary

---

[1] The court reviewed the Defendants' response to the Plaintiff's objections as well.

restraining order (docket entry #10) is **DENIED**.

IT IS SO ORDERED.

**SIGNED this the 20th day of March, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE